## GENERAL AFFIDAVIT

I, Melissa Compere, being sworn and of my own personal knowledge, certify that the following statements are true:

1. I was employed as a drink runner, cocktail server, and restaurant server ("tipped employee") at the Nusr-et Steakhouse by joint employers Nusret Miami, LLC and Nusret Gokce (together, "Defendants"), from approximately September, 2017 to November, 2018 in Miami, Miami-Dade, Florida.

2. I am over the age of 18, and a resident of Miami-Dade County, Florida.

3. Throughout my employment at Nusr-et Steakhouse, I have been employed as a tipped employee in the front-of-the-house.

4. Many of the front-of-the-house tipped employee positions at Nusr-et Steakhouse are uniquely titled by the particular food or beverage served, such as drink runner, but are members of the service team and have tableside customer contact.

5. As a front-of-the-house tipped employee at Nusr-et Steakhouse, I was a member of the service team that had regular customer contact and performed duties including the selling and ordering of guest food and beverage orders, the service of food and beverages, and other duties as needed.

6. As a tipped employee at Nusr-et Steakhouse, I participated in a tip pool in which tips were shared with non-tipped employees, such as polishers, restockers and coffee makers.

7. For the majority of my employment, I regularly worked more than forty hours per week but was not paid overtime wages.

8. Throughout my employment, I was paid below the minimum wage as a tipped employee but was required to participate in a tip pool with non-tipped employees.

9. For the majority of my employment, I was paid no hourly wage at all.

10. During my employment at Nusr-et Steakhouse, to the best of my knowledge and belief I worked with approximately 200 other tipped employees who were subject to the same policies and procedures as I was.

11. I have personal knowledge that other tipped employees at Nusr-et Steakhouse will want to participate in this lawsuit, however, many of them are unaware of their rights pertaining to minimum and overtime wages, or in fear of retaliation if they were to exercise their rights in an individual action.

12. I believe I am similarly situated to the other employees who are/were tipped employees at

1

Nusr-et Steakhouse because I was subjected to the same pay practices and policies of Defendants, which include that I was not paid an hourly wage for all hours worked and I was required to participate in a tip pool that included non-tipped employees.

**I understand that I am swearing or affirming under oath to the truthfulness of the claims made in this general affidavit and that the punishment for knowingly making a false statement includes fines and/or imprisonment.**

Dated: 03/11/2019

_____
MELISSA COMPERE

STATE OF Florida
COUNTY OF Miami-Dade

Sworn to or affirmed and signed before me on 3/11/19 by Melissa Compere.

_____
NOTARY PUBLIC
[Print, type, or stamp commissioned name of notary or clerk.]

✓ Personally known
__ Produced identification
Type of identification produced _____

Esther L. Troche
COMMISSION # GG248089
EXPIRES: October 22, 2022
Bonded Thru Aaron Notary