**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 19-CV-20277-KMM**

MELISSA COMPERE, on behalf of herself and
others similarly situated,

     Plaintiff,

vs.

NUSRET MIAMI, LLC d/b/a Nusr-et
Steakhouse, a Florida limited liability company,
and NUSRET GOKCE, an individual,

     Defendants.

_____/

## NOTICE OF OPPORTUNITY TO JOIN A LAWSUIT
## TO RECOVER BACK WAGES AND TIPS ILLEGALLY TAKEN

TO:    All current and former front-of-the-house tipped employees employed by
       NUSRET MIAMI, LLC d/b/a Nusr-et Steakhouse in Miami, Florida.

RE:    Collective action lawsuit against NUSRET MIAMI, LLC d/b/a Nusr-et Steakhouse, a
       Florida limited liability company, and NUSRET GOKCE, an individual, under the Fair
       Labor Standards Act.

The purpose of this Notice is to inform you of the existence of a collective action lawsuit in

which you may be "similarly situated" to the named Plaintiff, MELISSA COMPERE ("Class

Plaintiff"), to advise you of how your rights may be affected by this lawsuit, and to instruct you

on the procedure for participating in this lawsuit.

**1.**      **WHAT THE LAWSUIT IS ABOUT:**

The Class Plaintiff filed this lawsuit against NUSRET MIAMI, LLC d/b/a Nusr-et Steakhouse, a

Florida limited liability company, and NUSRET GOKCE, an individual ("Defendants") on

January 18, 2019. Plaintiff is a former front-of-the-house tipped employee who was employed by

Defendants and who claims she was not paid wages for all hours she worked and was forced to participate in a tip pool with non-tipped employees. Plaintiff claims that Defendants violated her rights under the Fair Labor Standards Act ("FLSA"), as well as the rights of other front-of-the-house tipped employees ("Class Members") who worked for Defendants. Plaintiff claims that Defendants did not pay Class Members wages for all hours they worked and forced them to participate in a tip pool with non-tipped employees. The lawsuit seeks payment of all unpaid hours worked up to forty per workweek at the applicable Florida minimum wage, and payment of all hours worked in excess of forty per workweek at the statutory overtime wage rate. The lawsuit also asks for return of tips which were wrongfully taken and given to non-tipped employees. In addition, the lawsuit asks that Defendants pay Class Members an equal amount of liquidated damages and be required to pay Plaintiff's costs and attorney's fees. Defendants deny Plaintiff's allegations, and deny that they are liable for payment minimum wages, overtime wage, liquidated damages or attorney's fees and costs.

## 2. WHO CAN PARTICIPATE IN THE LAWSUIT

You can join if you worked for the Defendants in Miami-Dade County, Florida as a front-of-the-house tipped employee in the past two years. You can also join the case if you are still employed with Defendants.

## 3. HOW TO PARTICIPATE IN THIS LAWSUIT

If you wish to join this case, you may do so by completing the attached "Consent to Become Party Plaintiff" form and mailing it in the enclosed pre-paid envelope, or sending it to the Plaintiff's counsel by fax to 305-358-6808, or by email to robert@kuvinlaw.com The form must be sent to the Plaintiff's counsel by _____. You must return the Consent to Become Party Plaintiff by that date to participate in this lawsuit. It is entirely your own decision whether or not to join this lawsuit. This notice does not mean that you have a valid claim or that you are entitled to any monetary recovery. Any such determination must still be made by the Court.

## 4. EFFECT OF JOINING THIS CASE

If you choose to join in this case you will become a plaintiff class member and you will be bound by any judgment, whether it is favorable or unfavorable. If you sign and return the Consent to Become a Party Plaintiff form attached to this Notice and are joined in the case, you are agreeing to designate Plaintiff as your agents to make decisions on your behalf concerning the litigation,

Law Office of Lowell J. Kuvin

17 East Flagler Street · Suite 223 · Miami, Florida 33131 · Tel.: 305.358.6800 · Fax: 305.358.6808

the method and manner of conducting this litigation, the entering of an agreement with Plaintiff's attorneys concerning attorney's fees and costs, and all other matters pertaining to this lawsuit. These decisions made and entered into by the representative Plaintiff will be binding on you if you join this lawsuit.

The attorneys for the plaintiff are being paid on a contingency fee basis as set forth in the "Consent to Become Party Plaintiff" for which is attached. Under the terms of the contingency agreement, you are not responsible for paying attorneys' fees or costs unless Plaintiff recovers on their claims. If you sign and return the Consent to Become Party Plaintiff form, you are entering into an agreement with Plaintiff's counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit. However, the Court retains jurisdiction to determine the reasonableness of any contingency agreement entered into by Plaintiff with the class attorneys, and to determine the adequacy of Plaintiff's counsel.

You also have the right to join this lawsuit and be represented by counsel of your own choosing who will represent only you and will be compensated on the terms as agreed between you and your attorney. You may also proceed *pro se,* that is on your own and without an attorney. If you chose to do either, you or your attorney must file an "opt-in" consent form by _____.

**5.      TO STAY OUT OF THE LAWSUIT**

If you do not wish to be part of the lawsuit, you do not need to do anything. If you do not join the lawsuit, you will not be part of the case in any way and you will not be bound by or affected by the result (whether favorable or unfavorable). Your decision not to join this case will not affect your right to bring a similar case on your own at a future time. If you intend to bring your own action, you should be aware that the statute of limitations is running on your claims, which means you may be losing claims each week that you wait to bring them.

Law Office of Lowell J. Kuvin
17 East Flagler Street · Suite 223 · Miami, Florida 33131 · Tel.: 305.358.6800 · Fax: 305.358.6808

**6.     NO RETALIATION PERMITTED**

Federal law prohibits Defendants or anyone from firing you or in any other way discriminating against you because you "opt-in" to this case, or have in any other way exercised your rights under the FLSA.

**7.     YOUR LEGAL REPRESENTATION IF YOU JOIN**

If you choose to join this lawsuit and agree to be represented through Plaintiff's attorney, your counsel in this action will be:

> Robert W. Brock II, Esq.
> Law Office of Lowell J. Kuvin. LLC
> 17 East Flagler Street, Suite 223
> Miami, Florida 33131
> 305-358-6800
> 305-358-6808 (Fax)
> robert@kuvinlaw.com
> www.kuvinlaw.com

**8.     FURTHER INFORMATION**

The Collective Action Complaint and Defendants' Answer filed in this lawsuit are available for inspection at the office of the Clerk of the Court. In addition, you may obtain a copy by contacting Plaintiff's counsel who will forward a copy to you.

Further information about this Notice, the deadline for filing a Consent to Become Party Plaintiff, or answers to questions concerning this lawsuit may be obtained by writing, telephoning, or e-mailing the Plaintiff's counsel at the telephone number and addresses stated above.

Dated: _____

Robert W. Brock II, Esq.
Law Office of Lowell J. Kuvin. LLC
17 East Flagler Street, Suite 223
Miami, Florida 33131
305-358-6800
305-358-6808 (Fax)
Robert@kuvinlaw.com
www.kuvinlaw.com

**THIS NOTICE AND ITS CONTENTS HAVE BEEN AUTHORIZED BY THE FEDERAL DISTRICT COURT, HONORABLE K. MICHAEL MOORE, CHIEF DISTRICT JUDGE OF THE U.S. DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA. THE COURT HAS TAKEN NO POSITION IN THIS CASE REGARDING THE MERITS OF PLAINTIFF'S CLAIMS OR OF DEFENDANTS' DEFENSES. PLEASE DO NOT CONTACT THE COURT, THE COURT'S CLERK, OR THE JUDGE. THEY ARE NOT PERMITTED TO ADDRESS YOUR INQUIRIES OR QUESTIONS.**

LAW OFFICE OF LOWELL J. KUVIN
17 EAST FLAGLER STREET · SUITE 223 · MIAMI, FLORIDA 33131 · TEL.: 305.358.6800 · FAX: 305.358.6808