# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# CASE NO. 19-CV-20277-KMM

MELISSA COMPERE, on behalf of herself and others similarly situated,

    Plaintiff,

vs.

NUSRET MIAMI, LLC d/b/a Nusr-et Steakhouse, a Florida limited liability company, and NUSRET GOKCE, an individual,

    Defendants.

_____/

CONSENT TO BECOME PARTY PLAINTIFF

## **CONSENT TO BECOME PARTY PLAINTIFF**

I hereby consent to be a plaintiff in an action under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.*, to secure unpaid minimum and overtime wages, liquidated damages, attorneys' fees, costs and other relief arising out of my employment with Defendants in Miami-Dade County, Florida.

I authorize Robert W. Brock II, Esq. and the Law Office of Lowell J. Kuvin, LLC, and any associated attorneys as well as any successors or assigns, to represent me with my claims by joining my claims to an existing lawsuit against Defendants and any other associated parties in which they represent plaintiffs. By signing and returning this consent to sue, I understand that, if accepted for representation, I will be represented by the above attorneys without pre-payment of costs or attorneys' fees. I understand that if Plaintiff is successful, costs expended by attorneys on my behalf will be deducted from my settlement or judgment amount on a pro rata basis with

1

all other plaintiffs. I understand that the attorneys may petition the court for an award of fees and costs to be paid by defendants on my behalf. I understand that the fees retained by the attorneys will be either the amount received from the defendant or forty percent of my gross settlement or judgment amount, whichever is greater.

Name: _____     Phone: _____

Signature: _____     Address: _____

Dated: _____     Email: _____

To be considered for representation, send the completed form to Robert W. Brock II, Esq. at the Law Office of Lowell J. Kuvin, 17 East Flagler Street, Suite 223, Miami, Florida 33131, or send it by fax to 305-358-6808, or by e-mail to robert@kuvinlaw.com. This Consent to Sue is not valid and effective until you have received a receipt from Plaintiff's Counsel indicating that it has been filed. If you have not received a receipt within three (3) weeks from your transmission of the form to sue, you <u>must</u> contact us by phone at 305-358-6800.

2

LAW OFFICE OF LOWELL J. KUVIN
17 EAST FLAGLER STREET · SUITE 223 · MIAMI, FLORIDA 33131 · TEL.: 305.358.6800 · FAX: 305.358.6808