**UNITED STATES DISTRICT COURT**
**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 19-CV-20277-KMM**

MELISSA COMPERE, on behalf of herself and
others similarly situated,

    Plaintiff,

vs.

NUSRET MIAMI, LLC d/b/a Nusr-et Steakhouse, a Florida limited liability company, and NUSRET GOKCE, an individual,

    Defendants.

_____/

**ORDER GRANTING PLAINTIFF'S MOTION CERTIFYING 216(b) COLLECTIVE ACTION AND AUTHORIZING CLASS NOTICE AND CONSENT TO JOIN**

THIS CAUSE, having come before the Court upon the Plaintiff's Motion Certifying 216(B) Collective Action and Authorizing Class Notice And Consent To Join, and the Court, having reviewed the Plaintiff's motion, and otherwise being advised in the premises, it is hereby:

    **ORDERED** and **ADJUDGED**:

1. The Plaintiff's Motion Certifying 216(B) Collective Action and Authorizing Class Notice And Consent To Join is **GRANTED**.
2. Class members shall have sixty days to respond from the date of judicial approval.

    **DONE AND ORDERED** in Miami, Florida this _____ day of ____, 2019.

_____
**CHIEF JUDGE K. MICHAEL MOORE**
**UNITED STATES DISTRICT COURT**