UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 19-CV-20277-KMM

MELISSA COMPERE, on behalf of herself and
others similarly situated,

    Plaintiff,

vs.

NUSRET MIAMI, LLC d/b/a Nusr-et
Steakhouse, a Florida limited liability company,
and NUSRET GOKCE, an individual,

    Defendants.

_____/

# FIRST AMENDED STATEMENT OF CLAIM

COMES NOW Plaintiff MELISSA COMPERE ("Plaintiff"), on behalf of herself and others similarly situated, and pursuant to this Court's Order (DE 53) files the following Statement of Claim. Given that time and pay records were produced with no time to confer with the Plaintiffs before the deadline for this filing,[1] Plaintiff reserves the right to amend this statement of claim as litigation proceeds.

## For Plaintiff MELISSA COMPERE

Plaintiff worked for Defendants from September, 2017 to November, 2018. For the period until November 1, 2017, the restaurant had not opened and Plaintiff was paid at a rate above the minimum wage. No damages are claimed for the pre-opening period.

---

[1] Plaintiff's First Amended Statement of Claim is to be filed by 10am Monday, April 29th, and counsel received the time and pay records late Friday, April 26th. Therefore, calculations are preliminary. For instance, the pay rate used for unpaid wages is $8.25 per hour, whereas many of opt-in plaintiffs' hours are believed to be overtime hours.

Beginning when the restaurant opened, Plaintiff was paid as a tipped employee. She was paid $7.00 per hour plus tips for her first paycheck. For subsequent paychecks, Plaintiff was paid $5.08, and then $5.23, per hour, plus tips, until April 29, 2018, approximately. Beginning on April 30, 2018, approximately, Plaintiff was no longer paid an hourly wage, but instead worked solely for tips.[2]

Hours Worked: Plaintiff estimates she worked approximately 40 hours per week on average, although her hours fluctuated week-to-week, and Plaintiff often worked overtime hours.

Applicable Wage: Plaintiff was a non-exempt, hourly tipped employee who worked for Defendants at their restaurant Nusr-et Steakhouse.

For minimum wage hours paid at the tip credit minimum of $5.08 per hour (2018) or $5.23 per hour (2019), Plaintiff is owed $3.02 per hour. For overtime wage hours worked at the tip credit minimum, Plaintiff is owed $7.07 per hour (2017-18) or $7.145 per hour (2018).

For hours worked without any hourly wage (April 30, 2018 to November, 2018), Plaintiff is owed $8.25 (minimum wage) or $12.375 (overtime wage) per hour.

In addition, Defendants required Plaintiffs to participate in a tip pool in which her tips, and the tips of those similarly situated, were shared with non-tipped employees, such as polishers, coffee makers, restockers, and management, in violation of the FLSA and FMWA. Plaintiff is owed for all of her tips which were paid to non-tipped employees.

During her employment, Plaintiff was required to spend more than 20% of her work time on non-tip-producing sidework, in violation of the FLSA and FMWA.

Therefore, Plaintiff is owed damages as outlined below, and for an equal amount of liquidated damages, plus reasonable attorney's fees and costs.

---

[2] Plaintiff did not work for two weeks from July 5 to July 18, 2018; for three weeks, approximately, from July 20, 2018 until August 13, 2018; and for two additional weeks, from September 19 to October 4, 2018.

**2017 – November through December 31, 2017**

|  | Hours (est.) | Tip Credit Claimed | Wage Owed |
|---|---|---|---|
| Min. Wage | 355 | $3.02 | $1,072.10 |
| OT Wage | 85 | $7.07 | $600.95 |

**TOTAL: $1,673.05**

**2018 – January 1 through April 29, 2018**

|  | Hours (est.) | Tip Credit Claimed (est. avg.) | Wage Owed |
|---|---|---|---|
| Min. Wage | 616 | $3.10 | $1,909.60 |
| OT Wage | 39 | $7.215 | $281.38 |

**TOTAL: $2,200.98**

**2018 – April 30, 2018 through November, 2018**

|  | Hours (est.) | Hourly Wage (unpaid) | Wage Owed |
|---|---|---|---|
| Min. Wage | 814 | $8.25 | $6,715.50 |
| OT Wage | 49 | $12.375 | $606.38 |

**TOTAL: $7,321.88**

**TIPS OWED** – tips wrongfully taken for non-tipped employees including management

| Year | Weeks Worked | Avg. Shifts/Week | Total Shifts | Tips Paid to Non-Tipped Employees /Shift (est.) | Tips Owed |
|---|---|---|---|---|---|
| 2018 | 49 | 6 | 294 | $30.00 | $8,820.00 |

**TOTAL: $8,820.00**

Total estimated damages for minimum wage violations, overtime wage violations, tips wrongfully taken, plus an equal amount of liquidated damages due Plaintiff, is **$40,031.82**.

ALVARO BETANCOURT

**2017 –April 29, 2018**

|  | Hours (est.) | Tip Credit Claimed (est. avg.) | Wage Owed |
|---|---|---|---|
| TipCredit | 1,250 | $3.02 | $3,775 |

**TOTAL: $3,775**

**2018 – April 30, 2018 through March, 2019**

|  | Hours (est.) | Hourly Wage (unpaid) | Wage Owed |
|---|---|---|---|
| Unpaid Wages | 1,746 | $8.25 | $14,404 |

**TOTAL: $14,404**

**TIPS OWED** – tips wrongfully taken for non-tipped employees including management

| Weeks Worked | Avg. Shifts/Week | Total Shifts | Tips Paid to Non-Tipped Employees /Shift (est.) | Tips Owed |
|---|---|---|---|---|
| 65 | 6 | 390 | $30.00 | $11,700 |

**TOTAL: $11,700**

Total estimated damages for minimum wage violations, overtime wage violations, tips wrongfully taken, plus an equal amount of liquidated damages due Betancourt, is **$59,759**.

ALDA CASTILLA

**2017 –April 29, 2018**

|  | Hours (est.) | Tip Credit Claimed (est. avg.) | Wage Owed |
|---|---|---|---|
| TipCredit | 941 | $3.02 | $2841 |

**TOTAL: $2,841**

**2018 – April 30, 2018 through November, 2018**

|  | Hours (est.) | Hourly Wage (unpaid) | Wage Owed |
|---|---|---|---|
| Unpaid Wages | 1,828 | $8.25 | $15,081 |

**TOTAL: $15,081**

**TIPS OWED** – tips wrongfully taken for non-tipped employees including management

| Weeks Worked | Avg. Shifts/Week | Total Shifts | Tips Paid to Non-Tipped Employees /Shift (est.) | Tips Owed |
|---|---|---|---|---|
| 52 | 6 | 312 | $30.00 | $9,360 |

**TOTAL: $9,360**

Total estimated damages for minimum wage violations, overtime wage violations, tips wrongfully taken, plus an equal amount of liquidated damages due Castilla, is **$54,564**.

**SLAGJANA KOVACHEVSKA**

**2017 –April 29, 2018**

|  | Hours (est.) | Tip Credit Claimed (est. avg.) | Wage Owed |
|---|---|---|---|
| TipCredit | 1,165 | $3.02 | $3,518 |

**TOTAL: $3,518**

**2018 – April 30, 2018 through January, 2019**

|  | Hours (est.) | Hourly Wage (unpaid) | Wage Owed |
|---|---|---|---|
| Unpaid Wages | 2,227 | $8.25 | $18,372 |

**TOTAL: $18,372**

**TIPS OWED** – tips wrongfully taken for non-tipped employees including management

| Weeks Worked | Avg. Shifts/Week | Total Shifts | Tips Paid to Non-Tipped Employees /Shift (est.) | Tips Owed |
|---|---|---|---|---|
| 78 | 6 | 468 | $20.00 | $9,360 |

**TOTAL: $9,360**

Total estimated damages for minimum wage violations, overtime wage violations, tips wrongfully taken, plus an equal amount of liquidated damages due Kovachevska, is **$62,500**.

**VALDO SULAJ**

**<u>2017 –April 29, 2018</u>**

|  | Hours (est.) | Tip Credit Claimed (est. avg.) | Wage Owed |
|---|---|---|---|
| TipCredit | 1,270 | $1.258 | $1,587 |

**TOTAL: $1,587**

**<u>2018 – April 30, 2018 through May, 2018</u>**

|  | Hours (est.) | Hourly Wage (unpaid) | Wage Owed |
|---|---|---|---|
| Unpaid Wages | 89 | $8.25 | $734 |

**TOTAL: $734**

**<u>TIPS OWED</u> – tips wrongfully taken for non-tipped employees including management**

| Weeks Worked | Avg. Shifts/Week | Total Shifts | Tips Paid to Non-Tipped Employees /Shift (est.) | Tips Owed |
|---|---|---|---|---|
| 26 | 6 | 156 | $20.00 | $3,120 |

**TOTAL: $3,120**

Total estimated damages for minimum wage violations, overtime wage violations, tips wrongfully taken, plus an equal amount of liquidated damages due Sulaj, is **$10,882**.

**DIEGO VARGAS**

**<u>2017 –April 29, 2018</u>**

|  | Hours (est.) | Tip Credit Claimed (est. avg.) | Wage Owed |
|---|---|---|---|
| TipCredit | 1,018 | $1.25 | $1,272 |

**TOTAL: $1,272**

**<u>2018 – April 30, 2018 through April, 2019</u>**

|  | Hours (est.) | Hourly Wage (unpaid) | Wage Owed |
|---|---|---|---|
| Unpaid Wages | 1,559 | $8.25 | $12,861 |

**TOTAL: $12,861**

**TIPS OWED** – tips wrongfully taken for non-tipped employees including management

| Weeks Worked | Avg. Shifts/Week | Total Shifts | Tips Paid to Non-Tipped Employees /Shift (est.) | Tips Owed |
|---|---|---|---|---|
| 74 | 6 | 444 | $20.00 | $8,880 |

**TOTAL: $8,880**

Total estimated damages for minimum wage violations, overtime wage violations, tips wrongfully taken, plus an equal amount of liquidated damages due Vargas, is **$46,026**.

In addition, Plaintiff's counsel has spent 98.5 hours at $400 per hour, with costs of $600.

Respectfully submitted this 29th day of April, 2019.

By: **s/Robert W. Brock II**
Robert W. Brock II, Esq.
Florida Bar No. 75320
robert@ kuvinlaw.com
legal@kuvinlaw.com
*Law Office of Lowell J. Kuvin*
17 East Flagler Street, Suite 223
Miami, Florida 33131
Tel.: 305.358.6800
Fax: 305.358.6808
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on **April 29, 2019**, I electronically filed the foregoing document via CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified in the attached Service in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF, or in some other

manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.

>By: **s/Robert W. Brock II**
>Robert W. Brock II, Esq.
>Florida Bar No. 75320
>robert@ kuvinlaw.com
>legal@kuvinlaw.com
>*Law Office of Lowell J. Kuvin*
>17 East Flagler Street, Suite 223
>Miami, Florida 33131
>Tel.: 305.358.6800
>Fax: 305.358.6808
>*Attorney for Plaintiff*