UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:19-CV-20277-AHS

MELISSA COMPERE, on behalf of herself and
others similarly situated,

    Plaintiff,

vs.

NUSRET MIAMI, LLC d/b/a Nusr-et Steakhouse, a Florida limited liability company, and NUSRET GOKCE, an individual,

    Defendants.

_____/

## PLAINTIFF'S NOTICE OF FILING

Plaintiff, MELISSA COMPERE, on behalf of herself and others similarly situated, hereby Notices this Honorable Court of the filing of Exhibits "A" through "H" in Opposition to Defendants' Discovery Hearing to be held before Magistrate Judge Chris M. McAliley on Wednesday, February 5, 2020 at 9:30 A.M.

Respectfully submitted February 3, 2020,

    By: **s/Robert W. Brock II**
        Robert W. Brock II, Esq.
        Florida Bar No. 75320
        robert@kuvinlaw.com
        legal@kuvinlaw.com
        *Law Office of Lowell J. Kuvin*
        17 East Flagler Street, Suite 223
        Miami, Florida 33131
        Tel.: 305.358.6800
        Fax: 305.358.6808
        *Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 3rd day of February, 2020, I served the foregoing document on all counsel of record identified on the attached Service List via electronic mail.

By:   **s/Robert W. Brock II**
Robert W. Brock II, Esq.
*Attorney for Plaintiffs*