UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:19-CV-20277-SINGHAL/MCALILEY

MELISSA COMPERE,
on behalf of herself and others similarly
situated,

        Plaintiff,

vs.

NUSRET MIAMI, LLC
d/b/a NUSR-ET STEAKHOUSE and
NUSRET GOKCE,

        Defendants.

## ORDER FOLLOWING DISCOVERY HEARING

The Court held a discovery hearing today on the dispute set forth in Defendant's Notice of Hearing, (ECF No. 129, 130, 131). Upon agreement of the parties, they will attempt to reach a stipulation that resolves the pending discovery dispute. The parties are hereby **ORDERED** to file a Notice by **February 7, 2020** that advises the Court whether they have reached a stipulation that resolves all of the issues raised in Defendant's Notice of Discovery Hearing.

If the parties are unable to reach a stipulation, Plaintiff shall file a memorandum of law by **February 13, 2020**, not exceeding five (5) pages in length, in support of its position. Defendants shall file a responsive memorandum, not exceeding five (5) pages in length, by **February 20, 2020**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 5th day of February 2020.

Chris M. McAliley
United States Magistrate Judge


cc:    Honorable Anuraag Singhal
       Counsel of record