UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:19-CV-20277-AHS

MELISSA COMPERE, on behalf of herself and
others similarly situated,

    Plaintiff,

vs.

NUSRET MIAMI, LLC d/b/a Nusr-et
Steakhouse, a Florida limited liability company,
and NUSRET GOKCE, an individual,

    Defendants.
_____/

**JOINT MOTION FOR SETTLEMENT CONFERENCE
WITH MAGISTRATE JUDGE JOHN J. O'SULLIVAN**

    Plaintiff, MELISSA COMPERE, and Defendants NUSRET MIAMI, LLC and NUSRET GOKCE, by and through undersigned counsel, hereby jointly move this Honorable Court for an Order authorizing the convening of a settlement conference with Magistrate Judge John J. O'Sullivan, and in support state the following:

    1. This action was filed on January 18, 2019, with Plaintiff Melissa Compere seeking damages resulting from her employment as an employee at Defendants' restaurant, Nusr-et Steakhouse in Miami. In addition, she sought to represent a class of similarly situated persons.

    2. On April 30, 2019, prior to the Court certifying this case as a collective action, the Parties in this case at that time participated in a settlement conference with Magistrate Judge Jacqueline Becerra. They quickly reached an impasse. At the time of settlement conference, only eight (8)

Case 1:19-cv-20277-AHS   Document 136   Entered on FLSD Docket 02/12/2020   Page 2 of 3

plaintiffs, including the named Plaintiff (and one plaintiff who was later compelled into arbitration), had opted-in. There are currently 31 plaintiffs.

3. The Parties have been ordered to complete mediation by March 6, 2020.

4. Counsel have conferred about settlement parameters and determined that there is some possibility of settlement with the skilled intervention of the Magistrate Judge. The Parties have agreed that the convening of a settlement conference would be necessary and appropriate to facilitate settlement.

5. The Parties are presently conferring regarding consenting to Magistrate Judge Chris M. McAliley for all further proceedings, and therefore in an abundance of caution would ask that the settlement conference be with an alternate Magistrate Judge.

6. The Parties respectfully ask that the settlement conference be held with Magistrate Judge John J. O'Sullivan.

7. The Parties have requested Judge O'Sullivan based on his lengthy experience in tipped-employee cases, his number of settlement conferences held with counsel for the Parties, and his neutrality and objectivity in that he is not assigned, and has not been assigned, to this case.

8. This Motion is sought in good faith and not for purposes of delay or any other improper purpose.

9. No prejudice to either Party will occur if the instant Motion is granted.

SIGNATURES TO FOLLOW

**WHEREFORE**, the Parties jointly request that this Honorable Court enter an Order authorizing Federal Magistrate Judge John J. O'Sullivan to conduct a settlement conference with the parties, at such time as he may determine.

Respectfully Submitted February 12, 2020,

| | |
|---|---|
| /s/  Lowell J. Kuvin | /s/ Jonathan Beckermam |
| Fla. Bar No.:53072 | FBN: 568252 |
| lowell@kuvinlaw.com | Lewis Brisbois Bisgaard & Smith LLP |
| Law Office of Lowell J. Kuvin | 110 SE 6th Street, Suite 2600 |
| 17 East Flagler St. Suite 223 | Fort Lauderdale, Florida 33301 |
| Miami Florida 33131 | Telephone: 954.728.1280 |
| Tele:   305.358.6800 | Facsimile: 954.728.1282 |
| *Attorney for Plaintiffs* | *Attorney for Defendants* |

## CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2020 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.