UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:19-CV-20277-AHS

MELISSA COMPERE, on behalf of herself and others similarly situated,

    Plaintiff,

vs.

NUSRET MIAMI, LLC d/b/a Nusr-et Steakhouse, a Florida limited liability company, and NUSRET GOKCE, an individual,

    Defendants.
_____/

## ORDER GRANTING MOTION FOR SETTLEMENT CONFERENCE

**THIS CAUSE**, having come before the Court upon the Parties Joint Motion for Settlement Conference.

**THE COURT** having reviewed the motion, and otherwise being advised in the premises, it is hereby:

**ORDERED** and **ADJUDGED**:

1. The Parties Motion is **GRANTED**.

2. The Parties shall contact Magistrate Judge O'Sullivan's Chamber and make arrangements for the settlement Conference to occur in no less than ___ days.

**DONE AND ORDERED** in Miami, Florida this _____ day of February, 2020.

                                         _____
                                         **HONORABLE JUDGE RAAG SINGHAL**
                                         **UNITED STATES DISTRICT COURT**