UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:19-CV-20277-SINGHAL/MCALILEY

MELISSA COMPERE,
on behalf of herself and others similarly situated,

   Plaintiff,

vs.

NUSRET MIAMI, LLC
d/b/a NUSR-ET STEAKHOUSE and
NUSRET GOKCE,

   Defendants.

## ORDER FOLLOWING DISCOVERY HEARING

The Court held a discovery hearing on the disputes set forth in Plaintiff's Notice of Discovery Hearing and Plaintiff's Amended Notice of Discovery Hearing. (ECF Nos. 147, 151). For the reasons stated at the hearing, which are incorporated by reference into this Order, the Court hereby **ORDERS** as follows:

   1. Plaintiff's request to compel Paperchase Accounting to produce documents in advance of its deposition is GRANTED IN PART. Counsel for Paperchase Accounting, no later than the close of business on **March 17, 2020**, shall electronically transmit to Plaintiff's counsel all documents that are responsive to the subpoena *duces tecum*, (ECF No. 129-1), as modified by the Court's Order Following Discovery Hearing, (ECF No. 146), in the same form in which counsel received the documents from Paperchase Accounting. Paperchase Accounting may redact information in the documents that are not responsive to the subpoena, as modified by the Court, but if it does so, counsel for Paperchase Accounting must confer with Plaintiff's counsel, in

1

advance of the deposition, regarding the redactions and, at the deposition, counsel for Paperchase Accounting must be prepared to explain and justify the redactions.

        2.    Plaintiff's request to compel production of documents responsive to Request for Production numbers 1, 2 and 4 for the time period July 2017 through February 2019 is GRANTED. If Paperchase Accounting produces all documents responsive to these requests, Defendant Nusret Miami, LLC ("Nusret") has no further obligation to produce responsive documents. However, if Nusret has responsive documents that Paperchase Accounting does not produce to Plaintiffs, Nusret must produce such documents a rolling basis to be completed by the close of business on **March 17, 2020**.

        3.    Plaintiff's request to compel production of documents responsive to Request for Production number 3 for calendar years 2017 through 2019 is GRANTED. If Paperchase Accounting produces all documents responsive to this request, Defendant Nusret Miami, LLC ("Nusret") has no further obligation to produce responsive documents. However, if Nusret has responsive documents that Paperchase Accounting does not produce to Plaintiffs, Nusret must produce such documents a rolling basis to be completed by the close of business on **March 17, 2020**.

        4.    Plaintiff's request to compel production of documents responsive to Request for Production number 5 is GRANTED IN PART. Nusret shall produce any UCT-6 returns for 2017-2019 regarding income paid to the Plaintiffs, on a rolling basis to be completed by the close of business on **March 17, 2020**. If responsive UCT-6 returns contain information regarding individuals other than the Plaintiffs, Nusret may redact such information.

5. Plaintiff's request to compel production of documents responsive to Request for Production numbers 6, 7 and 8 is DENIED on the grounds that the requests are overbroad and not proportional to the needs of the case.

6. Plaintiff's request to compel production of documents responsive to Request for Production numbers 9 and 11 is GRANTED IN PART. Nusret shall produce unredacted versions of the tip distribution sheets that it previously produced to Plaintiffs and shall do so in excel format if the tip distribution sheets are kept in that format. Nusert shall produce these documents on a rolling basis to be completed by the close of business on **March 17, 2020**.

DONE AND ORDERED in Chambers at Miami, Florida, this 6th day of March 2020.

Chris M. McAliley
United States Magistrate Judge

cc: The Honorable Raag Singhal
    Counsel of record