**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO.: 1:19-CV-20277-AHS**

MELISSA COMPERE,

       Plaintiff,

vs.

NUSRET MIAMI, LLC et al.,

       Defendants.

_____/

## NOTICE OF WITHDRAWAL OF "TIP CREDIT" DEFENSE

Defendants, Nusret Miami LLC and Nusret Gökçe, give notice that they are hereby withdrawing the portion of their Third Affirmative Defense that they met their minimum wage obligations by claiming a "tip credit" pursuant to 29 U.S.C. § 203(m) and (t), and similarly strike all references to this defense in their responses to any of Plaintiffs' statements of claim. This withdrawal shall not apply to any other defenses raised by Defendants in this action. This includes without limitation Defendants' defense that Plaintiffs' claims are barred, in whole or in part, by the exemptions, exclusions, and/or exceptions provided in Section 7 of the FLSA, including the exemption under 29 U.S.C. § 207(i) applicable to commissioned employees.

**Dated**: March 11, 2020

Respectfully Submitted,

*Miguel A. Morel*
Jonathan A. Beckerman, Esq.
Florida Bar No. 568252
Jonathan.Beckerman@lewisbrisbois.com
Miguel A. Morel, Esq.
Florida Bar No.: 089163
Miguel.Morel@lewisbrisbois.com
**Lewis Brisbois Bisgaard & Smith LLP**
110 SE 6th Street, Suite 2600
Fort Lauderdale, Florida 33301
Telephone: 954-728-1280
Facsimile: 954-728-1282
*Attorneys for Defendants*