UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:19-CV-20277-AHS-McAliley

MELISSA COMPERE, on behalf of herself and
others similarly situated,

    Plaintiff,

vs.

NUSRET MIAMI, LLC d/b/a Nusr-et Steakhouse, a Florida limited liability company, and NUSRET GOKCE, an individual,

    Defendants.
_____/

## NOTICE OF FILING

PLEASE TAKE NOTICE that on March 6, 2020, Plaintiff, ALDA CASTILLA filed her Notice of Discovery Hearing [D.E. #154] which is now scheduled for Friday, March 13, 2020 [D.E. #155] before the Honorable Magistrate Judge Chris M. McAliley. This hearing will address Defendant, NUSRET MIAMI, LLC's responses and objections to Plaintiff, ALDA CASTILLA's January 29, 2020 First Request for Documents, First Set of Interrogatories and First Request for Admissions.

Respectfully submitted March 11, 2020.

    By: /s Sundeep K. Mullick
    Sundeep K. Mullick, Esq.
    Florida Bar No.: 18175
    sunny@kuvinlaw.com
    *Law Office of Lowell J. Kuvin*
    17 East Flagler Street, Suite 223
    Miami, Florida 33131
    Tel.: 305.358.6800
    *Attorneys for Plaintiff*

1

LAW OFFICE OF LOWELL J. KUVIN
17 EAST FLAGLER STREET · SUITE 223 · MIAMI, FLORIDA 33131 · TEL.: 305.358.6800 · FAX: 305.358.6808

**CERTIFICATE OF SERVICE**

I hereby certify that on March 11, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will automatically send a copy of the foregoing to all registered counsel in this action.

                                        By:  /s Sundeep K. Mullick
                                                  Sundeep K. Mullick, Esq.

LAW OFFICE OF LOWELL J. KUVIN
17 EAST FLAGLER STREET · SUITE 223 · MIAMI, FLORIDA 33131 · TEL.: 305.358.6800 · FAX: 305.358.6808