**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO.: 1:19-CV-20277-AHS**

MELISSA COMPERE,

       Plaintiff,

vs.

NUSRET MIAMI, LLC et al.,

       Defendants.

_____/

**NOTICE OF FILING**

Defendants, Nusret Miami LLC and Nusret Gökçe, give notice of filing Exhibits A-E in support of its position with regard to the upcoming discovery hearing regarding Plaintiff Alda Castillo's Motion to Compel [D.E. 160].

**Dated**: March 12, 2020

                                            Respectfully Submitted,

                                            *Miguel A. Morel*
                                            Jonathan A. Beckerman, Esq.
                                            Florida Bar No. 568252
                                            Jonathan.Beckerman@lewisbrisbois.com
                                            Miguel A. Morel, Esq.
                                            Florida Bar No.: 089163
                                            Miguel.Morel@lewisbrisbois.com
                                            **Lewis Brisbois Bisgaard & Smith LLP**
                                            110 SE 6th Street, Suite 2600
                                            Fort Lauderdale, Florida 33301
                                            Telephone: 954-728-1280
                                            Facsimile: 954-728-1282

                                            *Attorneys for Defendants*