UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:19-CV-20277-SINGHAL/MCALILEY

MELISSA COMPERE,
on behalf of herself and others similarly situated,

       Plaintiff,

vs.

NUSRET MIAMI, LLC
d/b/a NUSR-ET STEAKHOUSE and
NUSRET GOKCE,

       Defendants.

## ORDER FOLLOWING DISCOVERY HEARING

The Court held a discovery hearing today on the disputes set forth in Plaintiff's Notice of Discovery Hearing regarding objections that Defendant Nusret Miami, LLC raised in response to various discovery requests that Plaintiff Alda Castilla issued. (ECF No. 154). For the reasons stated at the hearing, which are incorporated by reference into this Order, the Court hereby **ORDERS** as follows:

    1.    At the hearing, Plaintiff withdrew (i) Request for Production numbers 1-4, 10, 17- 20, 34, and 36, (ii) Interrogatories numbered 2, 5, 7, 9, 13-17 and 23, and (iii) Request for Admissions numbers 18, 21, and 37-39. Therefore, those discovery requests are **DENIED AS MOOT**.

    2.    Plaintiff's request to compel better responses to Request for Production numbers 9, 12-13, 21, 23-26, and 28-30, and Interrogatories numbered 20, 22 and 25 is **DENIED**.

3. Plaintiff's request to compel better responses to (i) Request for Production numbers 11, 14-15, 33, and 37-38, (ii) Interrogatory number 8 and (iii) Request for Admissions numbered 9, 16 and 36 is **GRANTED**.

4. Plaintiff's request to compel a better response to Request for Production number 31 is **GRANTED IN PART**. The request is limited to any claims that, or correspondence asserting a claim that, allege a violation of the Fair Labor Standards Act.

5. Counsel for the parties shall immediately confer to determine which amended discovery responses are relevant to the upcoming deposition of Paperchase Accounting, and Defendant shall serve such amended discovery responses, along with responsive documents, on a rolling basis to be completed **no later than 11:00 a.m. on March 19, 2020**. Defendant shall serve its remaining amended discovery responses, along with its remaining responsive documents, on a rolling basis to be completed **no later than March 27, 2020**.

DONE AND ORDERED in Chambers at Miami, Florida, this 13th day of March 2020.

Chris M. McAliley
United States Magistrate Judge

cc: The Honorable Raag Singhal
    Counsel of record