**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO.: 1:19-CV-20277-AHS-McAliley**

MELISSA COMPERE, on behalf of herself and others
similarly situated,

    Plaintiff,

vs.

NUSRET MIAMI, LLC, d/b/a Nusr-et Steakhouse,
and NUSRET GÖKÇE,

    Defendants.

_____/

**PARTIES' JOINT MOTION FOR CLARIFICATION**

    The Parties, Plaintiff Melissa Compere ("Plaintiff") and Defendants, Nusret Miami, LLC d/b/a Nusr-Et Miami Steakhouse and Nusret Gökçe ("Defendants"), file this Joint Motion for Clarification of the Court's March 19, 2020 Paperless Order [ECF No. 166]. In support, the Parties state as follows:

    1.    On August 21, 2019, former presiding judge, The Honorable K. Michael Moore, Chief Judge, entered a scheduling order, which set the deadline for the parties to complete discovery to February 28, 2020 and the deadline to file certain pretrial motions to March 20, 2020. [ECF No. 68]. The Scheduling Order was adopted by this Honorable Court after the matter was reassigned to it. [ECF No. 125].

    2.    On March 18, 2020, Plaintiff filed an unopposed Motion for Extension of Time to file dispositive motions for thirty (30) days up through and including April 20, 2020 given the developing nature of and complications stemming from the global COVID-19 pandemic.

3. On the same date, the Court issued a Paperless Order extending the dispositive motion and related deadlines for thirty days up through and including April 20, 2020 [ECF No. 166]. The Court also ordered that the jury trial would remain scheduled for June 8, 2020. *Id*. The Court did not, however, indicate that other pre-trial motions presently due on March 20, 2020, including motions *in limine* and Daubert motions would also be extended up through and including April 20, 2020.

4. The reasons that the unprecedented COVID-19 global pandemic has necessitated an extension of time within which to file dipositive motions also apply to other pre-trial motions, including motions *in limine*, Daubert motions, and all other motions that require client or non-party declarations or affidavits. The Parties and their clients are presently experiencing unforeseen disruptions, including quarantines, office closures, the inability to meet with clients and witnesses, and a lack of access to resources needed to meet the Court-ordered deadlines.

5. Accordingly, the Parties respectfully request that the Court clarify whether its Order extending dispositive motions due to the pandemic apply equally to the aforementioned category of pre-trial motions.

6. In the event that the Court determines that it has not extended the deadline to file the aforementioned category of pre-trial motions, including motions *in limine* and Daubert motions, the Parties jointly and respectfully request that the Court extend all such deadlines for thirty days, up through and including April 20, 2020.

7. It is well settled that "a district court retains the inherent authority to manage its own docket." *Wilson v. Farley*, 203 F. App'x 239, 250 (11th Cir. 2006), *cert. den.*, 549 U.S. 1351 (2007); *Mingo v. Sugar Cane Growers Co-op. of Fla.*, 864 F.2d 101, 102 (11th Cir. 1989).

8.  Pursuant to Federal Rule of Civil Procedure 6(b)(1), "when an act may or must be done within a specified time, the court may, for good cause shown, extend the time . . . if a request is made, before the original time or its extension expires . . . ."

9.  Here, the deadline to file pre-trial motions has not expired.  Moreover, the Parties have presented good cause to the Court to extend the pre-trial deadlines as requested in this Motion.  The instant motion is not intended to cause undue delay, and no Party will be prejudiced by the relief requested herein.  Indeed, the Parties agree that the requested relief is necessary for the fair and equitable adjudication of the claims presented in this matter.

WHEREFORE, the Parties respectfully request that the Court: (1) clarify whether its Order dated March 18, 2020 [ECF No. 166] also extends all other pre-trial motion deadlines for a period of thirty days, up through and including April 20, 2020; (2) if it determines that it did not extend such pre-trial motion deadlines, extend those deadlines for a period of thirty days, up through and including April 20, 2020; and (3) grant such further relief as the Court deems just and proper.

| | |
|---|---|
| **Dated**: March 19, 2020 | Respectfully Submitted, |
| *s/Miguel A. Morel* | *Sundeep K. Mullick* |
| Jonathan A. Beckerman (FBN: 568252) | Sundeep K. Mullick (FBN: 18175) |
| Jonathan.Beckerman@lewisbrisbois.com | sunny@kuvinlaw.com |
| Miguel A. Morel (FBN: 89163) | legal@kuvinlaw.com |
| Miguel.Morel@lewisbrisbois.com | **Law Office of Lowell J. Kuvin, LLC** |
| **Lewis Brisbois Bisgaard & Smith LLP** | 17 East Flagler Street, Suite 223 |
| 110 SE 6th Street, Suite 2600 | Miami, Florida 33131 |
| Fort Lauderdale, Florida 33301 | Tel.: 305.358.6800 |
| Telephone: 954.728.1280 | Fax: 305.358.6808 |
| Facsimile: 954.728.1282 | |
| | *Attorney for Plaintiffs* |
| *Attorneys for Defendants* | |