UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:19-CV-20277-AHS-McAliley

MELISSA COMPERE, on behalf of herself and others
similarly situated,

    Plaintiff,

vs.

NUSRET MIAMI, LLC, d/b/a Nusr-et Steakhouse,
and NUSRET GÖKÇE,

    Defendants.

_____/

**JOINT MOTION TO EXTEND PRE-TRIAL AND TRIAL DEADLINES**

    Plaintiff, Melissa Compere, and Defendants, Nusret Miami, LLC and Nusret Gokce, (collectively, the "Parties"), hereby jointly move the Court for an extension of certain pre-trial and trial deadlines as follows:

    1.    On August 21, 2019, the Court issued a Paperless Order Scheduling Trial in Miami (the "Scheduling Order") setting trial in this matter for the two-week period commencing on June 8, 2020. *See* ECF Nos. 68, 125. The Scheduling Order set forth numerous additional pre-trial deadlines, including a deadline to complete all discovery by February 28, 2020. *See* ECF No. 68.

    2.    Due to complications and restrictions relating to the unforeseen and unprecedented COVID-19 global pandemic (the "Pandemic"), and following a joint motion by the Parties, the Court granted the Parties an extension of time within which to take the deposition

of the Corporate Representative of Paperchase Accounting "on a mutually convenient date" to be determined by the Parties.  *See* ECF No. 146.

3. In light of the Pandemic, the Court also extended the deadline to submit dispositive motions, motions *in limine*, and Daubert motions to April 20, 2020.  *See* ECF Nos. 166, 168.

4. The Parties have been working diligently and in good-faith to meet the aforementioned deadlines despite the physical, personnel, and health constraints associated with the Pandemic.  However, as noted in previous filings, the Corporate Representative for Paperchase Accounting is located in New York City, which has been particularly hard-hit by the Pandemic, and which has instituted a mandatory stay-at-home order that has restricted movement and constrained resources.  In addition, the respective Parties are presently attending to and mindful of stay-at-home orders in Florida that have additionally constrained the Parties' respective time and resources.  Finally, the State of Florida has issued an executive order mandating that all arrivals from New York, including certain of the Parties in this matter, engage in mandatory quarantine for a period of fourteen days upon entering the State of Florida.

5. In order to prevent and alleviate the undue hardship and prejudice that the current deadlines pose to the Parties, the Parties respectfully request a 60-day extension of time to complete the Paperchase Accounting deposition, and a four-month extension of all remaining pre-trial and trial deadlines.

6. It is well settled in Florida that a "district court retains the inherent authority to manage its own docket." *Wilson v. Farley*, 203 F. App'x 239, 250 (11th Cir. 2006), *cert. den.*, 549 U.S. 1351 (2007); *Mingo v. Sugar Cane Growers Co-op. of Fla.*, 864 F.2d 101, 102 (11th Cir. 1989) (same).  In addition, Federal Rule of Civil Procedure 6(b)(1) provides that "when an

act may or must be done within a specified time, the court may, for good cause shown, extend the time . . . if a request is made, before the original time or its extension expires . . . ."

7.  The instant motion is made prior to the expiration of the current deadlines set by the Court.  In addition, the instant motion is not intended to cause undue delay, and no Party will be prejudiced by the relief requested herein.  Indeed, the Parties agree that the requested relief is necessary for the fair and equitable adjudication of the claims presented in this matter.

WHEREFORE, the Parties respectfully requests that this Court: (1) permit the Parties to complete the deposition of the Corporate Representative of Paperchase Accounting by an additional 60 days; (2) enter an Order extending all remaining trial and pre-trial deadlines by a period of 120 days; and (3) grant such further relief as the Court deems just and proper.

### LOCAL RULE 7.1 CERTIFICATE OF GOOD FAITH CONFERRAL

The Parties have conferred in good faith about the relief requested in this Motion, mutually agree thereto, and bring this motion jointly.

**Dated**: April 16, 2020                                    Respectfully Submitted,

*s/ Miguel A. Morel*
Jonathan A. Beckerman (FBN: 568252)
Jonathan.Beckerman@lewisbrisbois.com
Miguel A. Morel (FBN: 89163)
Miguel.Morel_@lewisbrisbois.com
Christopher T. Perré (FBN:  123902)
Christopher.Perre@lewisbrisbois.com
**Lewis Brisbois Bisgaard & Smith LLP**
110 SE 6th Street, Suite 2600
Fort Lauderdale, Florida 33301
Telephone: 954.728.1280
Facsimile: 954.728.1282

Counsel for Defendants

*Sundeep K. Mullick*
Sundeep K. Mullick (FBN: 18175)
sunny@kuvinlaw.com
legal@kuvinlaw.com
**Law Office of Lowell J. Kuvin, LLC**
17 East Flagler Street, Suite 223
Miami, Florida 33131
Tel.: 305.358.6800
Fax: 305.358.6808

Counsel for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:19-CV-20277-AHS-McAliley

MELISSA COMPERE, on behalf of herself and others
similarly situated,

    Plaintiff,

vs.

NUSRET MIAMI, LLC, d/b/a Nusr-et Steakhouse,
and NUSRET GÖKÇE,

    Defendants.

_____/

**[PROPOSED] ORDER GRANTING JOINT MOTION
FOR EXTENSION OF PRE-TRIAL AND TRIAL DEADLINES**

THIS CAUSE came before the Court on the Parties' Joint Motion for Extension of Pre-Trial and Trial Deadlines (the "Motion"). The Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. The Parties shall have an additional 60 days to complete the deposition of the Paperchase Accounting Corporate Representative through June 19, 2020. In addition, the Court shall extend all remaining pre-trial and trial deadlines for a period of 120 days from today. The trial period for this matter shall be reset by the Court.

**DONE AND ORDERED** in Chambers at Miami, Dade County, Florida on this \_\_\_ day of April, 2020.

                                       _____
                                       JUDGE RAAG SINGHAL
                                       DISTRICT COURT JUDGE