**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

**CASE NO.: 1:19-CV-20277-AHS-McAliley**

MELISSA COMPERE, on behalf of herself and others
similarly situated,

      Plaintiff,

vs.

NUSRET MIAMI, LLC, d/b/a Nusr-et Steakhouse,
and NUSRET GÖKÇE,

      Defendants.

_____/

**[PROPOSED] ORDER GRANTING JOINT MOTION
FOR EXTENSION OF PRE-TRIAL AND TRIAL DEADLINES**

      THIS CAUSE came before the Court on the Parties' Joint Motion for Extension of Pre-Trial and Trial Deadlines (the "Motion"). The Court having considered the motion and all other relevant factors, it is hereby

      ORDERED AND ADJUDGED that:

      The Motion is GRANTED. The Parties shall have an additional 60 days to complete the deposition of the Paperchase Accounting Corporate Representative through June 19, 2020. In addition, the Court shall extend all remaining pre-trial and trial deadlines for a period of 120 days from today. The trial period for this matter shall be reset by the Court.

      **DONE AND ORDERED** in Chambers at Miami, Dade County, Florida on this ___ day of April, 2020.

                                    _____
                                    JUDGE RAAG SINGHAL
                                    DISTRICT COURT JUDGE