UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 19-CV-20277-SINGHAL/MCALILEY

MELISSA COMPERE, on behalf of herself and
others similarly situated,

    Plaintiff,

vs.

NUSRET MIAMI, LLC d/b/a Nusr-et Steakhouse, a Florida limited liability company, and NUSRET GOKCE, an individual,

    Defendants.

_____/

**NOTICE OF DISASSOCIATION OF COUNSEL AND REMOVAL FROM CM/ECF**

NOTICE IS HEREBY GIVEN that this Notice of Disassociation is being submitted to inform the Court, parties, and counsel, that Robert W. Brock II, Esq., is no longer associated with the law firm of Lowell J. Kuvin, and further, that the email address of Robert@kuvinlaw.com be removed from the CM/ECF service list. Mr. Brock ceased working for the Law Office of Lowell J. Kuvin on February 21, 2020, and has not had access to the listed email address since then and has not received any filings. The Plaintiff and Class continue to be represented by the Law Office of Lowell J. Kuvin, Lowell J. Kuvin, Esquire, and Sundeep Mullick, Esquire. The undersigned apologizes to the Court for the delay, as he believed the firm would be noticing the Court of disassociation.

Accordingly, the undersigned respectfully requests that the clerk of the Court remove Mr. Brock as counsel for the Plaintiff and Class in this matter.

1

Respectfully submitted this 25th day of April, 2020.

By: **s/Robert W. Brock II**
Robert W. Brock II, Esq.
Florida Bar No. 75320
BrockLegalTeam@gmail.com

*Law Office of Robert W. Brock II*
2210 NW North River Dr., #4
Miami, Florida 33125
Tel.: (305) 781-5030

2

LAW OFFICE OF LOWELL J. KUVIN
17 EAST FLAGLER STREET · SUITE 223 · MIAMI, FLORIDA 33131 · TEL.: 305.358.6800 · FAX: 305.358.6808