**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 1:19-CV-20277-AHS/McAliley**

MELISSA COMPERE, on behalf of herself and
others similarly situated,

      Plaintiff,

vs.

NUSRET   MIAMI,   LLC   d/b/a   Nusr-et
Steakhouse, a Florida limited liability company,
and NUSRET GOKCE, an individual,

      Defendants.

_____/

**INDEX OF CITED EXHIBITS IN PLAINTIFFS' RESPONSE**
**IN OPPOSITION [D.E. #182] TO DEFENDANTS' MOTION FOR FINAL**
**SUMMARY JUDGMENT, OR ALTERNATIVELY TO DECERTIFY CLASS**

Plaintiff, MELISSA COMPERE and the Opt-In Plaintiffs ("Plaintiffs"), by and through

undersigned counsel, hereby file their Index of Cited Exhibits to Plaintiffs' Response in

Opposition [D.E. #182] to Defendants' Motion for Final Summary Judgment, or Alternatively to

Decertify Class, and in support state:

**INDEX OF EXHIBITS[1]**

1.   Defendants' Answer and Affirmative Defenses. [D.E. #8].

2.   Plaintiffs' Motion for Denial or Deferred Consideration of Defendants' Motion for
    Final Summary Judgment, or Alternatively to Decertify Class [D.E. #172] pursuant
    to Fed.R.Civ.P. 56(d) & (e). [D.E. #178].

3.   Defendants' Notice of Hearing. [D.E. #82].

4.   Defendants' Notice of Hearing. [D.E. #126].

---

[1] The Exhibits are cited in the order in which they appear in Plaintiffs' Response in Opposition.
[D.E. #182].

5.   Defendants' Notice of Hearing. [D.E. #129].

6.   Defendants' Notice of Filing. [D.E. #130].

7.   Order Following Discovery Hearing. [D.E. #133].

8.   Joint Notice Regarding Post-Hearing Stipulation. [D.E. #134].

9.   Order Following Discovery Hearing. [D.E. #146].

10.  Plaintiffs' Notice of Discovery Hearing. [D.E. #147].

11.  Plaintiffs' Amended Notice of Discovery Hearing. [D.E. #151].

12.  Order Following Discovery Hearing. [D.E. #156].

13.  Order Following Discovery Hearing. [D.E. #163].

14.  Defendants' Motion to Compel Arbitration. [D.E. #171].

15.  March 11, 2019 Sworn Affidavit of Plaintiff, MELISSA COMPERE. [D.E. #16].

16.  March 11, 2019 Sworn Affidavit of Plaintiff, DIEGO VARGAS. [D.E. #17].

17.  January 18, 2019 Sworn Affidavit of Plaintiff, VALDO SULAJ. [D.E. #18].

18.  Transcript of March 25, 2019 deposition of Named Plaintiff, MELISSA COMPERE. [D.E. #173-3].

19.  Transcript of January 15, 2020 deposition of Plaintiff, ALDA CASTILLA. [D.E. #173-4].

20.  Transcript of January 14, 2020 deposition of Plaintiff, SLAGJANA KOVACHAVSKA. [D.E. #173-6].

21.  May 4, 2020 Sworn Affidavit of Duane Miranda. [D.E. #183].

22.  May 4, 2020 Sworn Affidavit of Named Plaintiff, MELISSA COMPERE. [D.E. #184].

23.  Transcript of January 14, 2020 deposition of Plaintiff, ALDALYANNE ALDANA. [D.E. #173-2].

LAW OFFICE OF LOWELL J. KUVIN
17 EAST FLAGLER STREET · SUITE 223 · MIAMI, FLORIDA 33131 · TEL.: 305.358.6800 · FAX: 305.358.6808

Respectfully Submitted May 5, 2020,

By: ___/s/ Sundeep K. Mullick_____
Sundeep K. Mullick, Esq.
Florida Bar No. 18175
sunny@kuvinlaw.com
legal@kuvinlaw.com
*Law Office of Lowell J. Kuvin, LLC*
17 East Flagler Street, Suite 223
Miami, Florida 33131
Tel.: 305.358.6800
Fax: 305.358.6808
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will automatically send a copy to all counsel of record in this case.

/s/ Sundeep K. Mullick_____
Sundeep K. Mullick, Esq.