UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 19-cv-20277-SINGHAL/McAliley

MELISSA COMPERE, on behalf of herself and
others similarly situated,

    Plaintiff,

v.

NUSRET MIAMI, LLC d/b/a Nusr-et
Steakhouse, a Florida limited liability company,
and NUSRET GOKCE, an individual,

    Defendants.
_____/

## FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58 and in accordance with the Court's Order Granting Defendants' Motion for Summary Judgment (DE [198]) entered on May 31, 2020, it is

**ORDERED AND ADJUDGED** that Final Judgment is entered in favor of Defendants. Plaintiff shall take nothing from this action. The Clerk of Court is directed to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida this 31st day of May 2020.

                                                          _____
                                                          RAAG SINGHAL
                                                          UNITED STATES DISTRICT JUDGE

Copies to counsel via CM/ECF