UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:19-CV-20277-AHS

MELISSA COMPERE, on behalf of herself and
others similarly situated,

    Plaintiff,

vs.

NUSRET MIAMI, LLC d/b/a Nusr-et Steakhouse, a Florida limited liability company, and NUSRET GOKCE, an individual,

    Defendants.
_____/

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Plaintiff, MELISSA COMPERE, on behalf of herself and others similarly situated ("Plaintiffs") in the above-named case, hereby appeal to the United States Court of Appeals for the Eleventh Circuit from the following: (a) Order denying Joint Motion to Extend Pre-Trial and Trial Deadlines [D.E. #169], denying Plaintiff's Motion for Extension of Time to Respond to Defendants' Pending Motions [D.E. #175] and denying Plaintiff's Sworn Motion for Denial or Deferred Consideration of Defendant's Motion for Final Summary Judgment, or Alternatively to Decertify Class [D.E. #178], entered on May 7, 2020 **[D.E. #187]**; Order on Defendants' Motion for Summary Judgment entered on May 31, 2020 **[D.E. #198]**; and Final Judgment entered on May 31, 2020 **[D.E. #199]**.[1]

---

[1] For the avoidance of any doubt, Plaintiffs assert that they seek review of the entire Final Judgment in this case, which implicates all adverse non-final orders and rulings preceding it, including but not limited to, D.E. ##187 & 198.

Respectfully Submitted June 29, 2020,

By:   /s/ Sundeep K. Mullick
Sundeep K. Mullick, Esq.
Florida Bar No.: 18175
sunny@kuvinlaw.com
lowell@kuvinlaw.com
*Law Office of Lowell J. Kuvin, LLC*
17 East Flagler Street, Suite 223
Miami, Florida 33131
Tel.: 305.358.6800
*Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 29, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will automatically send a copy of the foregoing to all registered counsel in this case.

By:   /s/ Sundeep K. Mullick
Sundeep K. Mullick, Esq.