# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

FILED BY ___ap___ D.C.

Jul 28, 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

July 28, 2020

Clerk - Southern District of Florida
U.S. District Court
400 N MIAMI AVE
MIAMI, FL 33128-1810

Appeal Number: 20-12422-B
Case Style: Melissa Compere, et al v. Nusret Miami, LLC, et al
District Court Docket No: 1:19-cv-20277-AHS

The enclosed copy of the Clerk's Entry of Dismissal for failure to prosecute in the above referenced appeal is issued as the mandate of this court. See 11th Cir. R. 41-4.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Craig Stephen Gantt, B
Phone #: 404-335-6170

Enclosure(s)

DIS-2 Letter and Entry of Dismissal

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 20-12422-B

_____

MELISSA COMPERE,
VALDO SULAJ,
ALVARO BETANCOURTE,
ALBA CASTILLA,
SLAGJANA KOVACHEVSKA,
ALDALYNNE ALDANA,
DANIEL PACHECO,
SANTOS RIVERA,
WILLIAM CAMERON,
ADAM JAGODA,
ALEJANDRA LAVALLE,
ANTONIO SCIANCALEPORE,
MERVE BUDOK,
ARBER LUKOVIC,
VIOLETA MARKOVIC,
TAMAS CZOMBOS,
PABLO CANO,
LUIS LUCIANO,
GORDON MACK,
RONALDO ESCALONA,
ODALYS BURGOS,
MUNEVVER KOC,
MEHMET BAYKARA,

                                          Plaintiffs - Appellants,

DIEGO VARGAS,

                                          Plaintiff,

versus

NUSRET MIAMI, LLC,
d.b.a. Nusr-et Steakhouse, a Florida Limited
liability company,
NUSRET GOKCE,
an individual,

Defendants - Appellees.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

ENTRY OF DISMISSAL: Pursuant to the 11th Cir.R.42-1(b), this appeal is DISMISSED for want of prosecution because the appellant Aldalynne Aldana, Mehmet Baykara, Alvaro Betancourte, Merve Budok, Odalys Burgos, William Cameron, Pablo Cano, Alba Castilla, Melissa Compere, Tamas Czombos, Ronaldo Escalona, Adam Jagoda, Munevver Koc, Slagjana Kovachevska, Alejandra Lavalle, Luis Luciano, Arber Lukovic, Gordon Mack, Violeta Markovic, Daniel Pacheco, Santos Rivera, Antonio Sciancalepore and Valdo Sulaj failed to file a Transcript Order Form within the time fixed by the rules, effective July 28, 2020.

DAVID J. SMITH
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

by:  Craig Stephen Gantt, B, Deputy Clerk

FOR THE COURT - BY DIRECTION