UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-20277-CIV-SINGHAL

MELISSA COMPERE,

    Plaintiff,

v.

NUSRET MIAMI, LLC et al.,

    Defendant.
_____/

## FINAL JUDGMENT OF TAXABLE COSTS

**THIS CAUSE** is before the Court on Defendants' Motion for Entry of Final Judgment of Taxable Costs, filed on October 17, 2022 (the "Motion") (DE [212]). Upon review of the Motion, the record, and being fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that Final Judgment of Taxable Costs is entered in favor of Defendants and against Plaintiff Melissa Compere, in the amount of $29,387.00, for which let execution issue forthwith. Post-judgment interest shall accrue at the legal rate of interest allowed under 28 U.S.C. § 1961.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 18th day of October 2022.

                                                              RAAG SINGHAL
                                                              UNITED STATES DISTRICT JUDGE

Copies furnished to counsel via CM/ECF