UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-20277-CIV-SINGHAL

MELISSA COMPERE,

    Plaintiffs,

v.

NUSRET MIAMI, LLC et al.,

    Defendant.

_____/

### ORDER ON DEFENDANTS' MOTION TO COMPEL PLAINTIFF TO COMPLETE FORM 1.977 FACT INFORMATION SHEET

**THIS CAUSE** came before the Court on Defendants' Motion to Compel Plaintiff to Complete Form 1.977 Fact Information Sheet (DE [215]), filed February 14, 2023 (the "Motion"). Upon review of the Motion, the record, and being fully advised, it is hereby

**ORDERED AND ADJUDGED** that Defendants' Motion is **GRANTED** and the Plaintiff, Melissa Compere, shall complete the Florida Rule of Civil Procedure Form 1.977 Fact Information Sheet attached to the Motion and to deliver the same to Defendants' legal counsel within 45 days of this Order.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 21st day of February 2023.

                                                                           _____
                                                                           RAAG SINGHAL
Copies furnished counsel via CM/ECF            UNITED STATES DISTRICT JUDGE